ACCEPTED
06-16-00002-cr
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/24/2016 9:37:15 AM
DEBBIE AUTREY
CLERK

## NO. 06-16-00002-CR

## IN THE COURT OF APPEALS
## SIXTH APPELLATE DISTRICT OF TEXAS
## AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/24/2016 9:37:15 AM
DEBBIE AUTREY
Clerk

**DEMITRES COLEMAN**                                                                      **Appellant**

**v.**

**STATE OF TEXAS**                                                                          **Appellee**

## APPELLANT'S SECOND MOTION FOR
## EXTENSION OF TIME TO FILE BRIEF

**TO THE HONORABLE COURT OF APPEALS:**

**COMES NOW** the Appellant, **DEMITRES COLEMAN**, by and through counsel of record, Jason Horton, and for his Second Motion for Extension of Time to File Brief states as follows:

I.

Appellant's Brief is due on June 27, 2016.

II.

Appellant has sought and obtained one prior briefing extension in this case.

III.

Appellant requests additional time to (1) review the record for all possible points on appeal, and (2) prepare Appellant's brief. Appellant's counsel's trial and appellate caseload and schedule have prevented said attorney from being able to

*Demitres Coleman v. State of Texas*
6th Court of Appeals No. 06-16-00002-CR
Appellant's Second Motion for Extension of Time to File Brief
Page **1** of **5**

devote the necessary time to complete Appellant's brief. Said caseload and schedule includes, but is not limited to, the following since the last extension request:

■ Preparation for and attendance at pretrial hearing in *State of Arkansas v. Costello Byrd*, pending in the Circuit Court of Miller County, Arkansas, on May 31, 2016;

■ Preparation for and attendance at pretrial hearing in *State of Arkansas v. Joshua Mooney*, pending in the Circuit Court of Miller County, Arkansas, on May 31, 2016;

■ Preparation for and attendance at pretrial hearing in *State of Arkansas v. Max Harris*, pending in the Circuit Court of Miller County, Arkansas, on May 31, 2016;

■ Preparation for and attendance at the remainder of the Miller County criminal pre-trial docket in the Circuit Court of Miller County, Arkansas, on May 31, 2016;

■ The undersigned was on vacation from June 1 -13, 2016;

■ Preparation for and attendance at arraignment in *State of Arkansas vs. Julie Aultman*, pending in the Circuit Court of Miller County, Arkansas, on June 14, 2016;

■ Preparation for and attendance at Miller County criminal trial docket in the Circuit Court of Miller County, Arkansas, on June 20, 2016;

*Demitres Coleman v. State of Texas*
6th Court of Appeals No. 06-16-00002-CR
Appellant's Second Motion for Extension of Time to File Brief
Page **2** of **5**

■ Preparation for and attendance at status hearing in *State of Arkansas v. Costello Byrd,* pending in the Circuit Court of Miller County, Arkansas, on June 20, 2016;

■ Preparation for trial and attendance at status hearing in *State of Arkansas v. Alexander Cox*, pending in the Circuit Court of Miller County, Arkansas, from June 1-20, 2016;

■ Preparation for and attendance at plea and sentencing in *State of Texas vs. Kaitlin Jameson,* pending in the County Court at Law of Bowie County, Texas, on June 20, 2016;

■ Preparation for and attendance at sentencing hearing in *United States v. Narcizo Valdovinos*, pending in the United States District Court for the Eastern District of Texas, on June 21, 2016;

■ Preparation for and attendance at administrative probation hearing in *State of Texas v. Heather Jessup,* pending in the District Court of Bowie County, Texas, on June 21, 2016;

■ Preparation for and attendance at status hearing in *State of Texas v. Tom Asimos*, pending in the County Court at Law of Cass County, Texas, on June 23, 2016;

■ Preparation for and attendance at administrative driver's license hearing in *State of Arkansas v. Jacob McCann*, pending in the District Court of Clark County,

*Demitres Coleman v. State of Texas*
6th Court of Appeals No. 06-16-00002-CR
Appellant's Second Motion for Extension of Time to File Brief
Page **3** of **5**

Arkansas, on June 24, 2016; and

■ Preparation for and attendance at change of plea hearing in *United States v. Carlos Suyi-Rodriguez*, pending in the United States District for the Eastern District of Texas-Texarkana Division, from June 26-27, 2016.

IV.

This motion is made in good faith and not for purposes of delay.

VI.

Without additional time, Appellant will be denied effective assistance of counsel on appeal, to which he is entitled.

**WHEREFORE,** Appellant requests that the deadline for the filing of his Brief be extended thirty (30) days, and for any such other relief to which he may be entitled.

Respectfully submitted,

JASON HORTON LAW FIRM
114 West Broad Street
Texarkana, Texas  75501
*Mail to:*
P.O. Box 1596
Texarkana, Texas  75504
T- (903) 792-2000
F- (903) 792-2100

BY:  /s/ Jason Horton
     Jason Horton
     jason@jasonhortonlaw.com
     Texas Bar Number 24041130

ATTORNEY FOR APPELLANT

*Demitres Coleman v. State of Texas*
6th Court of Appeals No. 06-16-00002-CR
Appellant's Second Motion for Extension of Time to File Brief
Page **4** of **5**

# CERTIFICATE OF SERVICE

On this 24th day of June, 2016, I hereby certify that a true and correct copy of the foregoing document will be served on the Bowie County District Attorney's Office, according to the Texas Rules of Appellate Procedure and the rules of this Court.

/s/ Jason Horton
Jason Horton

*Demitres Coleman v. State of Texas*
6th Court of Appeals No. 06-16-00002-CR
Appellant's Second Motion for Extension of Time to File Brief
Page **5** of **5**